187 F.2d 219
 88 U.S.App.D.C. 396
 Emily A. MOODY et al., Appellants
v.
Jo V. MORGAN, Appellee.
 Nos. 10534, 10567.
 United States Court of Appeals District of Columbia Circuit.
 Argued Jan. 26, 1951.
Decided Feb. 8, 1951.
 
 Mr. Russell Hardy, Washington, D.C., for appellants.
 Mr. Jaquelin A. Marshall, Washington, D.C., for appellee.
 Before EDGERTON, CLARK, and WASHINGTON, Circuit Judges.
 PER CURIAM.
 
 
 1
 We find no error in the record. The judgment of the District Court is therefore affirmed.